# Earnings Statement

**D&L Auto Transport LLC**

Dover, PA 17315

302-270-2696 ~ dl.autotransport2001@gmail.com

| Employee Information | | Pay Stub Information | |
|---|---|---|---|
| Employee Name | Michael E Smith Jr | Pay Period Start | 4/7/2024 |
| Address | 435 Stabley Lane | Pay Period End | 4/20/2024 |
| | Windsor PA 17366 | Issue Date | 5/1/2024 |
| Employee ID | 1000042024 | SSN | XXX-XX-9528 |
| Position | Driver | Payment Type | EFT |

## Earnings

| Settlement Details | | | YTD |
|---|---|---|---|
| 4/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/9/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/10/2024 | Baltimore, MD / East Petersburg, PA | | |
| 4/10/2024 | New Castle, DE / Columbia, MD | | |
| 4/11/2024 | Baltimore, MD / Bel Air, MD | | |
| 4/11/2024 | Baltimore, MD / State College, PA | $5,286.21 | $8,624.88 |
| 4/11/2024 | Annapolis JCT, MD / State College, PA | | |
| 4/12/2024 | Annapolis JCT, MD Vienna, VA | | |
| 4/12/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/12/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/12/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/15/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/15/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/15/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/15/2024 | Sparrows Point, MD / Baltimore, MD | | |

| Date | Route | | |
|---|---|---|---|
| 4/15/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/16/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/16/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/16/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/17/2024 | Baltimore, MD / Northumberland, PA | | |
| 4/18/2024 | Baltimore, MD / York, PA | | |
| 4/18/2024 | Baltimore, MD / Sicklerville, NJ | | |
| 4/19/2024 | Baltimore, MD / Port Newark NJ | | |
| | **Total Earnings** | $5,286.21 | $8,624.88 |

## Deductions

| Description | Amount | YTD |
|---|---|---|
| | | |
| | | |
| **Total Deductions** | $0.00 | $0.00 |

**Net Payable**      $5,286.21

**YTD Payments**      $8,624.88

# Earnings Statement

**D&L Auto Transport LLC**

Dover, PA 17315

302-270-2696 ~ dl.autotransport2001@gmail.com

| Employee Information | | Pay Stub Information | |
|---|---|---|---|
| Employee Name | Michael E Smith Jr | Pay Period Start | 4/21/2024 |
| Address | 435 Stabley Lane | Pay Period End | 5/4/2024 |
|  | Windsor PA 17366 | Issue Date | 5/15/2024 |
| Employee ID | 1000042024 | SSN | XXX-XX-9528 |
| Position | Driver | Payment Type | EFT |

## Earnings

| Settlement Details | | | YTD |
|---|---|---|---|
| 4/22/2024 | Baltimore, MD / Port Newark, NJ | | |
| 4/23/2024 | Newark, NJ / Manassas, VA | | |
| 4/24/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/24/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/24/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/24/2024 | Baltimore, MD / Annapolis, MD | | |
| 4/26/2024 | Baltimore, MD / Pottstown, PA | | |
| 4/26/2024 | New Castle, DE / Bel Air, MD | | |
| 4/26/2024 | New Castle, DE / Harrisburg, PA | | |
| 4/29/2024 | New Castle, DE / Northumberland, PA | | |
| 4/29/2024 | Sparrows Point, MD / Baltimore, MD | $5,364.49 | $13,989.37 |
| 4/29/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/29/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 4/30/2024 | Annapolis JCT, MD / Alexandria VA | | |
| 4/30/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/1/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/1/2024 | Annapolis JCT, MD / Alexandria VA | | |
| 5/2/2024 | Baltimore, MD / Fallston, MD | | |
| 5/2/2024 | New Castle, DE / Fairfax, VA | | |

| | | | |
|---|---|---|---|
| 5/3/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/3/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/3/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/3/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/3/2024 | Sparrows Point, MD / Baltimore, MD | | |
| | | | |
| | **Total Earnings** | $5,364.49 | $13,989.37 |

## Deductions

| Description | | Amount | YTD |
|---|---|---|---|
| | | | |
| | | | |
| | **Total Deductions** | $0.00 | $0.00 |

**Net Payable** $5,364.49

**YTD Payments** $13,989.37

# Earnings Statement

**D&L Auto Transport LLC**

Dover, PA 17315

302-270-2696 ~ dl.autotransport2001@gmail.com

| Employee Information | | Pay Stub Information | |
|---|---|---|---|
| Employee Name | Michael E Smith Jr | Pay Period Start | 5/5/2024 |
| Address | 435 Stabley Lane | Pay Period End | 5/18/2024 |
|  | Windsor PA 17366 | Issue Date | 5/29/2024 |
| Employee ID | 1000042024 | SSN | XXX-XX-9528 |
| Position | Driver | Payment Type | EFT |

## Earnings

| Settlement Details | | | YTD |
|---|---|---|---|
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/5/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/7/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/7/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/7/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/7/2024 | Sparrows Point, MD / Baltimore, MD | $4,366.56 | $18,355.93 |
| 5/7/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/8/2024 | Sparrows Point, MD / Baltimore, MD | | |
| 5/9/2024 | Baltimore, MD / Bethesda, MD | | |
| 5/9/2024 | Baltimore, MD / Chantilly, VA | | |
| 5/10/2024 | Baltimore, MD / Springfield, NJ | | |
| 5/13/2024 | Newark, NJ / Lebanon, PA | | |
| 5/14/2024 | Baltimore, MD / Egg Harbor Township, NJ | | |

| | | | |
|---|---|---|---|
| 5/14/2024 | Newark, NJ / Baltimore, MD | | |
| | | | |
| | **Total Earnings** | $4,366.56 | $18,355.93 |
| | Deductions | | |
| | **Description** | **Amount** | **YTD** |
| | | | |
| | | | |
| | **Total Deductions** | $0.00 | $0.00 |

**Net Payable**                              $4,366.56

**YTD Payments**                        $18,355.93

# Earnings Statement

**D&L Auto Transport LLC**

Dover, PA 17315

302-270-2696 ~ dl.autotransport2001@gmail.com

| Employee Information | | Pay Stub Information | |
|---|---|---|---|
| Employee Name | Michael E Smith Jr | Pay Period Start | 5/19/2024 |
| Address | 435 Stabley Lane | Pay Period End | 6/1/2024 |
|  | Windsor PA 17366 | Issue Date | 6/12/2024 |
| Employee ID | 1000042024 | SSN | XXX-XX-9528 |
| Position | Driver | Payment Type | EFT |

## Earnings

| Settlement Details | | Amount | YTD |
|---|---|---|---|
| 5/24/2024 | Baltimore, MD / Mahwah, NJ | | |
| 5/25/2024 | Newark, NJ / Gathersburg, MD | | |
| 5/28/2024 | Baltimore, MD / Middletown, NY | | |
| 5/29/2024 | Newark, NJ / Fredericksburg, VA | $2,332.49 | $20,688.42 |
| 5/30/2024 | Baltimore, MD / Vienna, VA | | |
| 5/30/2024 | Baltimore, MD / Hagerstown, MD | | |
| 5/31/2024 | Baltimore, MD / Toms River, NJ | | |
| | Total Earnings | $2,332.49 | $20,688.42 |

## Deductions

| Description | Amount | YTD |
|---|---|---|
|  |  |  |
|  |  |  |
| Total Deductions | $0.00 | $0.00 |

**Net Payable** $2,332.49

**YTD Payments** $20,688.42

# Earnings Statement

**D&L Auto Transport LLC**

**Dover, PA 17315**

**302-270-2696 ~ dl.autotransport2001@gmail.com**

## Employee Information

| | |
|---|---|
| Employee Name | Michael E Smith Jr |
| Address | 435 Stabley Lane<br>Windsor PA 17366 |
| Employee ID | 1000042024 |
| Position | Driver |

## Pay Stub Information

| | |
|---|---|
| Pay Period Start | 6/2/2024 |
| Pay Period End | 6/15/2024 |
| Issue Date | 6/26/2024 |
| SSN | XXX-XX-9528 |
| Payment Type | EFT |

## Earnings

| Settlement Details | | Amount | YTD |
|---|---|---|---|
| 6/3/2024 | Newark, NJ / Chantilly, VA | | |
| 6/4/2024 | Annapolis JCT, MD / Runnemede, NJ | | |
| 6/5/2024 | Annapolis JCT, MD / Alexandria, VA | | |
| 6/6/2024 | Annapolis JCT, MD / Vienna, VA | | |
| 6/7/2024 | Annapolis JCT, MD / Arlington, VA | | |
| 6/8/2024 | Baltimore, MD / Lodi, NJ | $3,365.43 | $24,053.85 |
| 6/8/2024 | Newark, NJ / Westminster, MD | | |
| 6/10/2024 | Baltimore, MD / Mahwah, NJ | | |
| 6/11/2024 | Newark, NJ / Middletown, PA | | |
| 6/12/2024 | Annapolis JCT, MD / Alexandria, VA | | |
| 6/13/2024 | Baltimore, MD / Limerick, PA | | |
| 6/14/2024 | Annapolis JCT, MD / Alexandria, VA | | |
| 6/14/2024 | Annapolis JCT, MD / Lebanon, PA | | |
| | **Total Earnings** | **$3,365.43** | **$24,053.85** |

## Deductions

| Description | Amount | YTD |
|---|---|---|
| | | |
| | | |

|  |  |  |  |
|---|---|---|---|
|  | Total Deductions | $0.00 | $0.00 |

**Net Payable**                                                 **$3,365.43**

**YTD Payments**                                     **$24,053.85**