In re:  Case No. 24-01801-HWV
Michael Eugene Smith, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 29, 2024     Form ID: ntcnfhrg     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Eugene Smith, Jr., 435 Stabley Lane, Windsor, PA 17366-9022 |
| cr | + | Carmax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342, UNITED STATES 30342-4762 |
| 5632086 | | 05 PA Fitness, 4625 S 2300 E, Holladay, UT 84117-4583 |
| 5632089 | | Carmax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Henrico, VA 23238 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 29 2024 18:53:00 | Carmax Auto Finance, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5632087 | Email/Text: cs@aldouslegal.com | Aug 29 2024 18:53:00 | Aldous and Associates, Pllc, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 5632088 | Email/Text: bankruptcy@acacceptance.com | Aug 29 2024 18:53:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg, SC 29302-2185 |
| 5632311 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 29 2024 18:53:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court,, Ste 210, Kennesaw, GA 30144 |
| 5632090 | Email/Text: BKPT@cfna.com | Aug 29 2024 18:52:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5644947 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:01:30 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5632091 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:01:21 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 5632100 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 29 2024 18:52:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5633527 | Email/Text: mrdiscen@discover.com | Aug 29 2024 18:52:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5632092 | Email/Text: mrdiscen@discover.com | Aug 29 2024 18:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5632101 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2024 18:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5632093 | Email/Text: bankruptcy@kikoff.com | Aug 29 2024 18:53:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 5634033 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2024 19:01:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5644948 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:01:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5632097 | | Email/Text: ml-ebn@missionlane.com | Aug 29 2024 18:52:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 5632094 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:02:31 | Merrick Bank, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 5632095 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:01:28 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 5646973 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 29 2024 19:12:58 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5632096 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 29 2024 19:01:33 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5632098 | | Email/PDF: cbp@omf.com | Aug 29 2024 19:12:47 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5632723 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:34 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5632104 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 18:53:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5632102 | | Email/Text: fesbank@attorneygeneral.gov | Aug 29 2024 18:53:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5632103 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 29 2024 18:53:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5632799 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 29 2024 19:01:22 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5632105 | ^ | MEBN | Aug 29 2024 19:08:08 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5632099 | | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:20 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Michael Eugene Smith Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Business Services LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Carmax Auto Finance wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Eugene Smith Jr.,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01801−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 2, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 9, 2024  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2024 |

ntcnfhrg (08/21)