UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-01801 |
|---|---|
| MICHAEL EUGENE SMITH, JR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/7/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/7/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 24-01801 |
| MICHAEL EUGENE SMITH, JR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 10/7/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/7/2024

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-01801<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON OCT 7 7-56-12 PST 2024 | (P)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | CARMAX BUSINESS SERVICES LLC<br>5555 GLENRIDGE CONNECTOR<br>SUITE 900<br>ATLANTA GA 30342-4762 |
| ~~EXCLUDE~~<br>~~(U)MIDFIRST BANK~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | 05 PA FITNESS<br>4625 S 2300 E<br>HOLLADAY UT 84117-4583 |
| (P)ALDOUS ASSOCIATES<br>PO BOX 171374<br>HOLLADAY UT 84117-1374 | AMERICAN CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>961 E MAIN ST<br>FL 2<br>SPARTANBURG SC 29302-2185 | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| CFNA<br>ATTN BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND OH 44181-0315 | CW NEXUS CREDIT CARD HOLDINGS L LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | ~~EXCLUDE~~<br>~~(D)(P)CARMAX AUTO FINANCE~~<br>~~225 CHASTAIN MEADOWS CT~~<br>~~KENNESAW GA 30144-5942~~ |
| CARMAX AUTO FINANCE<br>ATTN BANKRUPTCY<br>1200 TUCKAHOE CREEK PKWY<br>HENRICO VA 23238 | CWSCW NEXUS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KIKOFF<br>ATTN BANKRUPTCY<br>75 BROADWAY<br>STE 226<br>SAN FRANCISCO CA 94111-1458 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MERRICK BANK<br>ATTN BANKRUPTCY<br>PO BOX 5000<br>DRAPER UT 84020-5000 |
| MERRICK BANKCARD WORKS<br>ATTN BANKRUPTCY<br>PO BOX 5000<br>DRAPER UT 84020-5000 | MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY OK 73118-6051 | MIDLAND MORTGAGE CO<br>ATTN CUSTOMER SERVICEBANKRUPTCY<br>PO BOX 26648<br>OKLAHOMA CITY OK 73126-0648 |
| (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | MISSION LANE LLC<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ONE MAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN FINANCIAL GROUP LLC
PO BOX 981037
BOSTON MA 02298-1037

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

(P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

(P)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG PA 17102-1104~~

WEBBANKONEMAIN
ATTN BANKRUPTCY
215 S STATE ST
STE 1000
SALT LAKE CITY UT 84111-2336

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~

EXCLUDE

~~MICHAEL EUGENE SMITH JR~~
~~435 STABLEY LANE~~
~~WINDSOR PA 17366-9022~~