# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## PRACIPE TO WITHDRAW AND SUBSTITUTE

Effective March 21, 2025, I will be leaving KML Law Group, P.C. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute in another attorney from our firm.

        KML LAW GROUP, P.C.
        Respectfully submitted,

        KML Law Group, P.C.

        By: /s/ Brent Lemon      Dated: 3/19/2025
        Brent Lemon, Esquire
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA 19106-1532

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Brent Lemon.

        KML LAW GROUP, P.C.
        Respectfully submitted,

        KML Law Group, P.C.

        By: /s/ Denise Carlon      Dated: 3/19/2025
        Denise Carlon, Esquire
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA 19106-1532

| Case # | Debtor | Chapter | Filed | Closed |
|---|---|---|---|---|
| 1:17-bk-03826-HWV | Terry M. Hagen and Jessica N. Hagen | 13 | 9/15/2017 | N / A |
| 1:17-bk-02956-HWV | Jennifer Ami Hoffman | 13 | 7/18/2017 | N / A |
| 1:18-bk-01945-HWV | Daniel V. Rhome and Tracey L. Rhome | 13 | 5/8/2018 | N / A |
| 1:18-bk-04264-HWV | Eugene Gordon | 13 | 10/8/2018 | N / A |
| 1:19-bk-00221-HWV | Donell Talley and Tammy Irene Talley | 13 | 1/18/2019 | N / A |
| 1:19-bk-01718-HWV | Mark L Snyder | 13 | 4/24/2019 | N / A |
| 1:19-bk-02259-HWV | Joseph Earl Kamler | 13 | 5/24/2019 | N / A |
| 1:19-bk-02959-HWV | Joyce A. Mays | 13 | 7/10/2019 | N / A |
| 1:19-bk-03204-HWV | Thomas William Gerhold | 13 | 7/26/2019 | N / A |
| 1:19-bk-03277-HWV | Matthew T. Anders | 13 | 7/31/2019 | N / A |
| 1:19-bk-03559-HWV | Shanna M. Ackerley | 13 | 8/23/2019 | N / A |
| 1:19-bk-04194-HWV | Erin Rena Ball and Adam Christopher Ball | 13 | 9/28/2019 | N / A |
| 1:19-bk-04690-HWV | Michael Gibbs and Rechinda Palmer-Gibbs | 13 | 10/31/2019 | N / A |
| 1:20-bk-00337-HWV | Shane Kauffman and Jennifer Kauffman | 13 | 1/31/2020 | N / A |
| 1:20-bk-00444-HWV | Dennis M. Habbert, Jr. | 13 | 2/7/2020 | N / A |

| Case Number | Debtor(s) | Chapter | Filed | Discharged |
|---|---|---|---|---|
| 1:20-bk-00489-HWV | Luis A. Garcia | 13 | 2/10/2020 | N / A |
| 1:20-bk-00933-HWV | Dorothy S. Barnes | 13 | 3/11/2020 | N / A |
| 1:20-bk-01072-HWV | James R. Burkey, Jr. and Julie L. Burkey | 13 | 3/19/2020 | N / A |
| 1:20-bk-01383-HWV | Michael Albert Schneider and Pamela Elaine Schneider | 13 | 4/27/2020 | N / A |
| 1:20-bk-01582-HWV | Shelli Rae Gordon | 13 | 5/20/2020 | N / A |
| 1:20-bk-01788-HWV | Aaron Michael Lehman and Heather Lehman | 13 | 6/10/2020 | N / A |
| 1:20-bk-01906-HWV | Melissa Jan Strayer | 13 | 6/23/2020 | N / A |
| 1:20-bk-02360-HWV | Justin A. Lang and Jamie L. Lang | 13 | 8/4/2020 | N / A |
| 1:20-bk-02758-HWV | Kate Wirt | 13 | 9/18/2020 | N / A |
| 1:20-bk-03076-HWV | Jay P. Ackerman and Brenda M. Ackerman | 13 | 10/20/2020 | N / A |
| 1:20-bk-03376-HWV | Bradley E. Monninger and Susan M. Monninger | 13 | 11/24/2020 | N / A |
| 1:21-bk-00446-HWV | Angela L. Harris | 13 | 3/8/2021 | N / A |
| 1:21-bk-00901-HWV | Capri A. Fisher | 13 | 4/22/2021 | N / A |
| 1:21-bk-00991-HWV | Michael J. Petrilla, Jr. and Karen L. Petrilla | 13 | 4/30/2021 | N / A |
| 1:21-bk-01674-HWV | Jeremiah W Maurice | 13 | 7/29/2021 | N / A |
| 1:21-bk-01819-HWV | William Harvey Goodling and Kelly Jean Goodling | 13 | 8/18/2021 | N / A |

| Case Number | Debtor(s) | Chapter | Filed | N/A |
|---|---|---|---|---|
| 1:21-bk-01883-HWV | Brian Thomas Bivens and Chandra Mary Bivens | 13 | 8/27/2021 | N / A |
| 1:21-bk-02093-MJC | Yvonne E Terry | 13 | 9/23/2021 | N / A |
| 1:21-bk-02438-HWV | Kevin Scott Kesecker | 13 | 11/15/2021 | N / A |
| 1:21-bk-02532-HWV | Roger Lee Ciuffo | 13 | 11/29/2021 | N / A |
| 1:21-bk-02606-HWV | Wendy Lee Keefe | 13 | 12/7/2021 | N / A |
| 1:21-bk-02637-HWV | Pamela Jo Calhoun | 13 | 12/14/2021 | N / A |
| 1:21-bk-02672-HWV | Ingrid Rivera | 13 | 12/20/2021 | N / A |
| 1:22-bk-00087-HWV | Jennifer Lynn Postetter | 13 | 1/20/2022 | N / A |
| 1:22-bk-00100-HWV | Donald Eugene Walker and Glenda J Walker | 13 | 1/21/2022 | N / A |
| 1:22-bk-00208-HWV | Kristin Renee Ruhlman | 13 | 2/3/2022 | N / A |
| 1:22-bk-00455-HWV | Lyonel Jean-Louis | 13 | 3/10/2022 | N / A |
| 1:22-bk-00530-HWV | Rhonda K. Rhodes-Fazenbaker | 13 | 3/24/2022 | N / A |
| 1:22-bk-00849-HWV | David Earl French and Donna Marie French | 13 | 5/6/2022 | N / A |
| 1:22-bk-00907-HWV | Brian M. Stojak | 13 | 5/13/2022 | N / A |
| 1:22-bk-00975-HWV | Andrew S Johnson | 13 | 5/25/2022 | N / A |
| 1:22-bk-01309-HWV | Viola Vernice Proctor | 13 | 7/18/2022 | N / A |

| Case Number | Debtor(s) | Chapter | Filed | Closed |
|---|---|---|---|---|
| 1:22-bk-01315-HWV | Brandon George Snyder and Domenica L Snyder | 13 | 7/19/2022 | N / A |
| 1:22-bk-01353-HWV | Robert Allen Conte | 13 | 7/22/2022 | N / A |
| 1:22-bk-01515-HWV | Alesha Anne Miller | 13 | 8/16/2022 | N / A |
| 1:22-bk-01579-HWV | Sherry A Gardner and Nicholas J Gardner, Jr | 13 | 8/25/2022 | N / A |
| 1:22-bk-01837-HWV | Bryon Patrick Murphy | 13 | 9/26/2022 | N / A |
| 1:22-bk-01885-HWV | Carlos Bromfield Smith, Jr | 13 | 9/29/2022 | N / A |
| 1:22-bk-02012-HWV | Christopher Shawn Carr and Robyn Renee Carr | 13 | 10/17/2022 | N / A |
| 1:22-bk-02187-HWV | Gary Lawrence Visco and Ilene Michele Visco | 13 | 11/11/2022 | N / A |
| 1:22-bk-02244-HWV | Lucinda Kay Freeman | 13 | 11/21/2022 | N / A |
| 1:22-bk-02249-HWV | Courtney M. Siegmyer | 13 | 11/21/2022 | N / A |
| 1:22-bk-02387-HWV | Phillip Alan Snyder and Becky Louise Snyder | 13 | 12/12/2022 | N / A |
| 1:22-bk-02418-HWV | William Daniel Carter and Lesa Jayne Carter | 13 | 12/16/2022 | N / A |
| 1:22-bk-02454-HWV | Bryan Daniel Bennie | 13 | 12/22/2022 | N / A |
| 1:22-bk-02498-HWV | Scott David Koch, JR | 13 | 12/29/2022 | N / A |
| 1:23-bk-00064-HWV | Mark Irving Martin | 13 | 1/13/2023 | N / A |
| 1:23-bk-00065-HWV | Gayle L. Koblish | 13 | 1/13/2023 | N / A |

| Case Number | Debtor(s) | Chapter | Filed | Closed |
|---|---|---|---|---|
| 1:23-bk-00067-HWV | Jaime Gonzalez-Torres | 13 | 1/13/2023 | N / A |
| 1:23-bk-00263-HWV | Phillip Russell Perrone | 13 | 2/7/2023 | N / A |
| 1:23-bk-00309-HWV | Eric J. Durst | 13 | 2/13/2023 | N / A |
| 1:23-bk-00465-HWV | Krzysztof Sontag and Patricia Ann Sontag | 13 | 3/6/2023 | N / A |
| 1:23-bk-00736-HWV | Kareem Ray Senises | 13 | 4/2/2023 | N / A |
| 1:23-bk-01132-HWV | Zachary Andrew McFadden | 13 | 5/19/2023 | N / A |
| 1:23-bk-01289-HWV | Ronald D. Sisti | 13 | 6/12/2023 | N / A |
| 1:23-bk-01439-HWV | Shawn Douglas Zerbe and Cresson Jane Zerbe | 13 | 6/27/2023 | N / A |
| 1:23-bk-01546-HWV | Paul David Wagaman and Angel Ann Wagaman | 13 | 7/9/2023 | N / A |
| 1:23-bk-01576-HWV | Melissa M. Kutz | 13 | 7/12/2023 | N / A |
| 1:23-bk-01722-HWV | Franklin K McCarty | 13 | 7/28/2023 | N / A |
| 1:23-bk-01782-HWV | Christopher R. Brennan | 13 | 8/4/2023 | N / A |
| 1:23-bk-02086-HWV | Paul E. Deardorff, III | 13 | 9/14/2023 | N / A |
| 1:23-bk-02181-HWV | Brian J. Neri and Kathryn M. Neri | 13 | 9/23/2023 | N / A |
| 1:23-bk-02249-HWV | Rafael M. Cromartie | 13 | 9/29/2023 | N / A |
| 1:23-bk-02287-HWV | Laura A. Lloyd | 13 | 10/4/2023 | N / A |

| Case Number | Debtor Name | Chapter | Filed | Discharge |
|---|---|---|---|---|
| 1:23-bk-02500-HWV | Elizabeth L Stotsky | 13 | 10/31/2023 | N / A |
| 1:23-bk-02615-HWV | Richard Eugene Luckabaugh | 13 | 11/16/2023 | N / A |
| 1:23-bk-02688-HWV | Keith August Kodash | 13 | 11/27/2023 | N / A |
| 1:23-bk-02739-HWV | Larry D. Smith, Jr. | 13 | 12/1/2023 | N / A |
| 1:23-bk-02905-HWV | Moises Ramos-Quinones and Jessica Rivera-Lugo | 13 | 12/29/2023 | N / A |
| 1:24-bk-00058-HWV | James F. Boyer, III and Catherine E. Boyer | 13 | 1/10/2024 | N / A |
| 1:24-bk-00115-HWV | Shannon Louise Leib | 13 | 1/18/2024 | N / A |
| 1:24-bk-00184-HWV | Michael D. Barrick | 13 | 1/26/2024 | N / A |
| 1:24-bk-00264-HWV | Darrell R. Hippler | 13 | 2/2/2024 | N / A |
| 1:24-bk-00438-HWV | Shannan M. Wilson | 13 | 2/23/2024 | N / A |
| 1:24-bk-00495-HWV | Charles A. Jones, Jr. and Christina Denise Jones | 13 | 2/29/2024 | N / A |
| 1:24-bk-00501-HWV | Thomas E. Daubert, Jr. and Tracy L. Daubert | 13 | 2/29/2024 | N / A |
| 1:24-bk-00573-HWV | Debra J. Wilson | 13 | 3/11/2024 | N / A |
| 1:24-bk-00600-HWV | Chelsea C. Goody | 13 | 3/13/2024 | N / A |
| 1:24-bk-00638-HWV | Deborah Suzanne Downs | 13 | 3/15/2024 | N / A |
| 1:24-bk-00697-HWV | Brandy Jo Rohrbaugh | 13 | 3/25/2024 | N / A |

| Case Number | Debtor Name | Chapter | Filed | Discharge |
|---|---|---|---|---|
| 1:24-bk-00746-HWV | Christine Marie Pompei | 13 | 3/28/2024 | N / A |
| 1:24-bk-00750-HWV | Steven R. Barshinger | 13 | 3/28/2024 | N / A |
| 1:24-bk-00866-HWV | Mark Thomas Smith and Kiley Lynn Smith | 13 | 4/9/2024 | N / A |
| 1:24-bk-00927-HWV | Melissa Marie Caldwell | 13 | 4/15/2024 | N / A |
| 1:24-bk-00939-HWV | Sharon Jones | 13 | 4/16/2024 | N / A |
| 1:24-bk-01046-HWV | Daiquan Jamel Weston and Pinkie B. Britney Weston | 13 | 4/26/2024 | N / A |
| 1:24-bk-01074-HWV | Tanos Assaad Choueiri | 13 | 4/29/2024 | N / A |
| 1:24-bk-01078-HWV | Cory L Brackbill | 13 | 4/29/2024 | N / A |
| 1:24-bk-01195-HWV | Rachel Elizabeth Lee | 13 | 5/10/2024 | N / A |
| 1:24-bk-01354-HWV | Michael Gwynn, Jr. | 13 | 5/31/2024 | N / A |
| 1:24-bk-01425-HWV | James Phillip Rife and Samantha Jane Rife | 13 | 6/7/2024 | N / A |
| 1:24-bk-01464-HWV | Keith David Dumont | 13 | 6/11/2024 | N / A |
| 1:24-bk-01534-HWV | Scott W. Dunham, Jr. and Robin L. Dunham | 13 | 6/20/2024 | N / A |
| 1:24-bk-01637-HWV | Ronald L Deiter | 13 | 7/2/2024 | N / A |
| 1:24-bk-01727-HWV | Duane Anthony Rogers | 13 | 7/16/2024 | N / A |
| 1:24-bk-01762-HWV | Reginald Albert Benjamin and Lindsey Rae Benjamin | 13 | 7/19/2024 | N / A |

| Case Number | Debtor(s) | Chapter | Filed | 341 Date |
|---|---|---|---|---|
| 1:24-bk-01769-HWV | Danny George Sawyers | 13 | 7/20/2024 | N / A |
| 1:24-bk-01801-HWV | Michael Eugene Smith, Jr. | 13 | 7/23/2024 | N / A |
| 1:24-bk-01929-HWV | Steven Allen Altland and Jennifer Ruth Altland | 13 | 8/2/2024 | N / A |
| 1:24-bk-01935-HWV | Sandra Ann McKinley | 13 | 8/2/2024 | N / A |
| 1:24-bk-01939-HWV | Jason Edward Miller and Debra Marie Miller | 13 | 8/5/2024 | N / A |
| 1:24-bk-02056-HWV | Lindsey Nicole Noll | 13 | 8/20/2024 | N / A |
| 1:24-bk-02059-HWV | Thomas Taylor Pearce and Jenifer Marie Pearce | 13 | 8/21/2024 | N / A |
| 1:24-bk-02068-HWV | Heidi Ann Plasic | 13 | 8/22/2024 | N / A |
| 1:24-bk-02254-HWV | Christy Marie Stinebert | 13 | 9/9/2024 | N / A |
| 1:24-bk-02412-HWV | Ronald Albert Bostdorf and Candice Jo Bostdorf | 13 | 9/24/2024 | N / A |
| 1:24-bk-02468-HWV | Joseph Donald Grim | 13 | 9/27/2024 | N / A |
| 1:24-bk-02504-HWV | Peter James Rynard and Samantha Lee Rynard | 13 | 9/30/2024 | N / A |
| 1:24-bk-02551-HWV | Joan M. Knepp | 13 | 10/6/2024 | N / A |
| 1:24-bk-02554-HWV | Alan Dwayne Fritz | 13 | 10/7/2024 | N / A |
| 1:24-bk-02639-HWV | Andrew Charles Hoy | 13 | 10/15/2024 | N / A |
| 1:24-bk-02660-HWV | Dung Trung Duong | 13 | 10/16/2024 | N / A |

| Case Number | Debtor | Chapter | Filed | Closed |
|---|---|---|---|---|
| 1:24-bk-02832-HWV | William Foster Gleason | 13 | 10/31/2024 | N / A |
| 1:24-bk-02928-HWV | Kenton B. Loxley and Deborah D. Loxley | 13 | 11/11/2024 | N / A |
| 1:24-bk-02936-HWV | Temitope Abu and Takeshia Shontay Abu | 13 | 11/13/2024 | N / A |
| 1:24-bk-02963-HWV | Joseph B. Riley, Sr. and Tara M. Riley | 13 | 11/14/2024 | N / A |
| 1:24-bk-02975-HWV | Hien H. Nguyen and Anh Y. Dao | 13 | 11/18/2024 | N / A |
| 1:24-bk-03045-HWV | Juliet Anne Fuller | 13 | 11/25/2024 | N / A |
| 1:24-bk-03049-HWV | Everette Joseph Rogers and Karissa Marie Rogers | 13 | 11/26/2024 | N / A |
| 1:24-bk-03091-HWV | Steven R. Barshinger | 13 | 11/27/2024 | N / A |
| 1:24-bk-03162-HWV | Sherry Lynn Young | 13 | 12/6/2024 | N / A |
| 1:24-bk-03246-HWV | Richard Alver Coon and Elizabeth Karen Coon | 13 | 12/16/2024 | N / A |
| 1:24-bk-03323-HWV | Matthew Christian Wetzel | 13 | 12/23/2024 | N / A |
| 1:25-bk-00010-HWV | Jason Ryan Martin and Amanda Gayle Martin | 13 | 1/3/2025 | N / A |
| 1:25-bk-00311-HWV | Kiah Lindsey Brady | 7 | 2/3/2025 | N / A |
| 1:25-bk-00522-HWV | Daniel Douglas Campbell and Laura Jean Campbell | 13 | 2/28/2025 | N / A |
| 4:16-bk-03624-MJC | Joshua C Manning and Shannon L Manning | 13 | 8/31/2016 | N / A |
| 4:19-bk-05367-MJC | Melinda J. Holderman and Victor C. Holderman | 13 | 12/17/2019 | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | Status |
|---|---|---|---|---|
| 4:20-bk-00424-MJC | Rebecca A. Corradetti and Eugene A. Corradetti, III | 13 | 2/6/2020 | N / A |
| 4:20-bk-01846-MJC | Christopher Dean Reid, Sr. | 13 | 6/16/2020 | N / A |
| 4:21-bk-01917-MJC | David L. Yacko | 13 | 8/31/2021 | N / A |
| 4:21-bk-02540-MJC | Steven R. Neff and Frances Marie Neff | 13 | 11/30/2021 | N / A |
| 4:22-bk-00210-MJC | Janelle Kathleen Diparlo | 13 | 2/3/2022 | N / A |
| 4:22-bk-00845-MJC | Bruce Edward Hoffman, Jr. and Nikki Lee Hoffman | 13 | 5/5/2022 | N / A |
| 4:22-bk-01601-MJC | James Paul Casher and Nylene M. Casher | 13 | 8/26/2022 | N / A |
| 4:23-bk-00255-MJC | Anna McHenry | 13 | 2/6/2023 | N / A |
| 4:23-bk-02091-MJC | Nathaniel Rhodes-Dalton | 13 | 9/14/2023 | N / A |
| 4:24-bk-01356-MJC | Amber Lynn Boyce | 13 | 5/31/2024 | N / A |
| 4:24-bk-02258-MJC | Deborah L. Sawyer | 13 | 9/10/2024 | N / A |
| 5:19-bk-03433-MJC | Donna M Brennan | 13 | 8/9/2019 | N / A |
| 5:19-bk-03928-MJC | Colin David Peters | 13 | 9/16/2019 | N / A |
| 5:19-bk-04525-MJC | Barbara A Baker | 13 | 10/21/2019 | N / A |
| 5:19-bk-04678-MJC | Stacey Phillip Glover and Lori Ann Glover | 13 | 10/31/2019 | N / A |
| 5:19-bk-05359-MJC | Kevin E O'Shea, Jr | 13 | 12/17/2019 | N / A |

| Case Number | Debtor Name | Chapter | Filed | Closed |
|---|---|---|---|---|
| 5:19-bk-05503-MJC | Viktor Dronov | 13 | 12/30/2019 | N / A |
| 5:20-bk-00284-MJC | John Hebal, Jr. | 13 | 1/28/2020 | N / A |
| 5:20-bk-00355-MJC | Kenya S. Starkes | 13 | 1/31/2020 | N / A |
| 5:20-bk-00500-MJC | Renee Ann Rusnock | 13 | 2/10/2020 | N / A |
| 5:20-bk-01096-MJC | Eric Paul Seltzer and Roxanne Denise Seltzer | 13 | 3/20/2020 | N / A |
| 5:20-bk-01690-MJC | Edward Anthony Schwarz and Julie Joyce Schwarz | 13 | 5/30/2020 | N / A |
| 5:20-bk-02264-MJC | Delroy Alexander Skeen | 13 | 7/29/2020 | N / A |
| 5:20-bk-02330-MJC | Terry Charles Polito and April Carolyn Polito | 13 | 7/31/2020 | N / A |
| 5:20-bk-02484-MJC | Margaret Barnett | 13 | 8/19/2020 | N / A |
| 5:20-bk-03106-MJC | Brian Stanley Sawecki and Catherine Marie Sawecki | 13 | 10/22/2020 | N / A |
| 5:20-bk-03276-MJC | Kenneth Alston | 13 | 11/10/2020 | N / A |
| 5:21-bk-00382-MJC | Harold Thomas Neaus | 13 | 2/25/2021 | N / A |
| 5:21-bk-00786-MJC | Thomas James Kenneally | 13 | 4/9/2021 | N / A |
| 5:21-bk-01181-MJC | Rolland T. Cheesman, III and Deiatra D. Cheesman | 13 | 5/25/2021 | N / A |
| 5:21-bk-01554-MJC | Eileen Benfield | 13 | 7/12/2021 | N / A |
| 5:21-bk-01752-MJC | Loretta Rose Adams | 13 | 8/10/2021 | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | Status |
|---|---|---|---|---|
| 5:21-bk-01784-HWV | Elizabeth L. Boyle | 13 | 8/13/2021 | N / A |
| 5:21-bk-02046-MJC | Denise M Riccio | 13 | 9/20/2021 | N / A |
| 5:21-bk-02192-MJC | Bryan Harry Gottstein and Beverly Ann Gottstein | 13 | 10/5/2021 | N / A |
| 5:21-bk-02318-MJC | Yvonne Siegel | 13 | 10/27/2021 | N / A |
| 5:21-bk-02461-MJC | Cathy Anne Wruble | 13 | 11/17/2021 | N / A |
| 5:22-bk-00084-MJC | Karen Joan Mongi | 13 | 1/20/2022 | N / A |
| 5:22-bk-00155-MJC | Juana Ortiz | 13 | 1/28/2022 | N / A |
| 5:22-bk-00276-MJC | Desiree Lynette John | 13 | 2/14/2022 | N / A |
| 5:22-bk-00285-MJC | Galbert John | 13 | 2/15/2022 | N / A |
| 5:22-bk-01097-MJC | Dina Marie Andujar | 13 | 6/13/2022 | N / A |
| 5:22-bk-01198-MJC | Gail LaVern Harrell | 13 | 6/29/2022 | N / A |
| 5:22-bk-01264-MJC | Matthew J Mayernick | 13 | 7/10/2022 | N / A |
| 5:22-bk-01573-MJC | Leonard Michael Be | 13 | 8/24/2022 | N / A |
| 5:22-bk-01617-MJC | Alrick Troy Emerson Marner and Tameka Elizabeth Williams | 13 | 8/30/2022 | N / A |
| 5:22-bk-01642-MJC | Mary Stravinski | 13 | 9/1/2022 | N / A |
| 5:22-bk-01868-MJC | Kemal Jadadic | 13 | 9/28/2022 | N / A |

| Case Number | Debtor Name | Chapter | Date Filed | Date Closed |
|---|---|---|---|---|
| 5:22-bk-01994-MJC | Valerie Buckley Maniscalco | 13 | 10/14/2022 | N / A |
| 5:22-bk-01996-MJC | Kristine Guardino | 13 | 10/14/2022 | N / A |
| 5:22-bk-02052-MJC | Parminder Kaur | 13 | 10/21/2022 | N / A |
| 5:22-bk-02058-MJC | Michael T Dougherty and Cynthia A Dougherty | 7 | 10/24/2022 | N / A |
| 5:22-bk-02102-MJC | Abigail Rose Reese | 13 | 10/30/2022 | N / A |
| 5:22-bk-02141-MJC | Lemuel Turton | 13 | 11/3/2022 | N / A |
| 5:22-bk-02196-MJC | Hugh Robert Flaherty and Maureen Flaherty | 13 | 11/11/2022 | N / A |
| 5:22-bk-02358-MJC | Shirley Marie Berry | 13 | 12/7/2022 | N / A |
| 5:23-bk-00017-MJC | Mark Antony Hickling | 13 | 1/5/2023 | N / A |
| 5:23-bk-00079-MJC | Michael E. Kelly and Lori Andrade-Kelly | 13 | 1/17/2023 | N / A |
| 5:23-bk-00085-MJC | Donald Robert Masker, III and Heather Lee Masker | 13 | 1/18/2023 | N / A |
| 5:23-bk-00202-MJC | Karen G Reightler | 13 | 1/31/2023 | N / A |
| 5:23-bk-00304-MJC | Natalie Jasmin | 13 | 2/13/2023 | N / A |
| 5:23-bk-00353-MJC | John Douglas Mindy | 13 | 2/19/2023 | N / A |
| 5:23-bk-00365-MJC | Annette M Ciotola | 13 | 2/21/2023 | N / A |
| 5:23-bk-00368-MJC | Mary Luz Cotto Naranjo | 13 | 2/21/2023 | N / A |

| Case Number | Debtor Name | Chapter | Filed | Status |
|---|---|---|---|---|
| 5:23-bk-00404-MJC | Lois-Jean Cescilia Benjamin | 13 | 2/27/2023 | N / A |
| 5:23-bk-00607-MJC | LaShawn G. Tillery | 13 | 3/23/2023 | N / A |
| 5:23-bk-00965-MJC | Richard Meier Yost | 13 | 4/30/2023 | N / A |
| 5:23-bk-01315-MJC | Cleo B. Hall | 13 | 6/14/2023 | N / A |
| 5:23-bk-01361-MJC | Katie Barton | 13 | 6/20/2023 | N / A |
| 5:23-bk-01586-MJC | Tammy L Green | 13 | 7/13/2023 | N / A |
| 5:23-bk-01671-MJC | Stacy Renee Reed | 13 | 7/24/2023 | N / A |
| 5:23-bk-01682-MJC | Doralice Yvette Cruz | 13 | 7/25/2023 | N / A |
| 5:23-bk-01871-MJC | Angel L. Vargas, Jr. | 13 | 8/18/2023 | N / A |
| 5:23-bk-02013-MJC | Tiffany Hunter | 13 | 9/6/2023 | N / A |
| 5:23-bk-02246-MJC | Rohan Cosmus Cozier and Lynn Patricia Cozier | 13 | 9/29/2023 | N / A |
| 5:23-bk-02422-MJC | Joseph Capurso | 13 | 10/24/2023 | N / A |
| 5:23-bk-02448-MJC | Eric W. Steinmetz | 13 | 10/26/2023 | N / A |
| 5:23-bk-02461-MJC | Donya Yvonne Morris-Fenton | 13 | 10/27/2023 | N / A |
| 5:23-bk-02471-MJC | William Daniel Glycenfer | 13 | 10/28/2023 | N / A |
| 5:23-bk-02489-MJC | Alexandria Lynn Hashagen | 13 | 10/31/2023 | N / A |

| Case Number | Debtor Name(s) | Chapter | Filed | Disposition |
|---|---|---|---|---|
| 5:23-bk-02631-MJC | Janis Eleanor McDonough and Joseph Lee McDonough | 13 | 11/17/2023 | N / A |
| 5:23-bk-02655-MJC | John Kelmeris and Donna Marie Kelmeris | 13 | 11/22/2023 | N / A |
| 5:23-bk-02855-MJC | Gordon Lee DeFreese, Jr and Larissa Iris DeFreese | 13 | 12/20/2023 | N / A |
| 5:23-bk-02873-MJC | James Allotta | 13 | 12/22/2023 | N / A |
| 5:23-bk-02884-MJC | Barbara Louise Jernigan | 13 | 12/27/2023 | N / A |
| 5:24-bk-00039-MJC | Joseph Sebastian Modla, Jr. | 13 | 1/8/2024 | N / A |
| 5:24-bk-00079-MJC | Michael Joseph Pipitone | 13 | 1/12/2024 | N / A |
| 5:24-bk-00099-MJC | Ella Mae Wilbur | 13 | 1/16/2024 | N / A |
| 5:24-bk-00101-MJC | Sheldon O'Neil Harris-Jackson and Lucille Stacy Amanda Harris-Jackson | 13 | 1/16/2024 | N / A |
| 5:24-bk-00220-MJC | Milton Felix Rosado and Marianne Rosado | 13 | 1/30/2024 | N / A |
| 5:24-bk-00276-MJC | James Joseph Hughes, Sr. and Ashley Ann Hughes | 13 | 2/5/2024 | N / A |
| 5:24-bk-00594-MJC | David Joseph Evans and Katlyn Marie Evans | 13 | 3/13/2024 | N / A |
| 5:24-bk-00631-MJC | Lori Ann Soroka | 13 | 3/15/2024 | N / A |
| 5:24-bk-00716-MJC | Allan R. Shavis | 13 | 3/26/2024 | N / A |
| 5:24-bk-00723-MJC | Brian L. Strohl | 13 | 3/27/2024 | N / A |
| 5:24-bk-00727-MJC | James Alfred Cruz | 13 | 3/27/2024 | N / A |

| Case | Debtor | Chapter | Filed | Closed |
|---|---|---|---|---|
| 5:24-bk-00802-MJC | Eric Brian Lawson | 13 | 4/4/2024 | N / A |
| 5:24-bk-00930-MJC | Voncretia A Peck | 13 | 4/15/2024 | N / A |
| 5:24-bk-01084-MJC | Ronald James Salvi | 13 | 4/30/2024 | N / A |
| 5:24-bk-01452-MJC | Rebecca L. Steigerwalt | 13 | 6/10/2024 | N / A |
| 5:24-bk-01476-MJC | Eudis Manuel Sosa | 13 | 6/13/2024 | N / A |
| 5:24-bk-01499-MJC | Javier Winston Enriquez | 13 | 6/17/2024 | N / A |
| 5:24-bk-01545-MJC | Richele A Frechen | 13 | 6/21/2024 | N / A |
| 5:24-bk-01746-MJC | Charleton John Castene Mackerer and Catherine Mary Ellen Mackerer | 13 | 7/18/2024 | N / A |
| 5:24-bk-01789-MJC | Duane A. Lewis and Jessica Joe Lewis | 13 | 7/22/2024 | N / A |
| 5:24-bk-01804-MJC | Jefferey Lynn Beecroft, Jr. | 13 | 7/23/2024 | N / A |
| 5:24-bk-01834-MJC | Jose Luis Sanchez | 13 | 7/26/2024 | N / A |
| 5:24-bk-01953-MJC | David P. Foust | 13 | 8/6/2024 | N / A |
| 5:24-bk-02064-MJC | Denise Calloway | 13 | 8/21/2024 | N / A |
| 5:24-bk-02073-MJC | Daniel Brian Martine and Frances Elizabeth Martine | 13 | 8/22/2024 | N / A |
| 5:24-bk-02088-MJC | Jill Yvette Stitt | 13 | 8/24/2024 | N / A |
| 5:24-bk-02389-MJC | Joseph Yeboah | 13 | 9/23/2024 | N / A |

| Case | Debtor | Chapter | Filed | Confirmed |
|---|---|---|---|---|
| 5:24-bk-02419-MJC | Joel Ryan Foster | 13 | 9/24/2024 | N / A |
| 5:24-bk-02453-MJC | Christopher P Hardy | 7 | 9/26/2024 | N / A |
| 5:24-bk-02534-MJC | Christina DiFelice | 13 | 10/3/2024 | N / A |
| 5:24-bk-02544-MJC | Louis Arthur Soskin | 13 | 10/4/2024 | N / A |
| 5:24-bk-02793-MJC | Kyle Van Dyk and Dina Marie Van Dyk | 13 | 10/29/2024 | N / A |
| 5:24-bk-02876-MJC | Rickey O. Brathwaite | 13 | 11/5/2024 | N / A |
| 5:24-bk-02981-MJC | William Adam Paul Weiss, IV | 13 | 11/18/2024 | N / A |
| 5:24-bk-02990-MJC | Wilma Anaisa Sencion | 13 | 11/19/2024 | N / A |
| 5:24-bk-03095-MJC | Arthur Paul Price | 13 | 11/27/2024 | N / A |
| 5:24-bk-03114-MJC | Keynone Jermaine Taylor and Glenda Joy Taylor | 13 | 12/3/2024 | N / A |
| 5:24-bk-03153-MJC | Vito A Fesler and Toni L. Fesler | 13 | 12/5/2024 | N / A |
| 5:24-bk-03171-MJC | Marcus Jared Taylor | 13 | 12/6/2024 | N / A |
| 5:24-bk-03254-MJC | Rachel Marie Hirel | 13 | 12/17/2024 | N / A |
| 5:24-bk-03278-MJC | Lewis A Smith, Jr | 13 | 12/19/2024 | N / A |
| 5:24-bk-03291-MJC | Carol A. Faust | 13 | 12/20/2024 | N / A |
| 5:25-bk-00026-MJC | Matthew R Kreckie | 13 | 1/7/2025 | N / A |

| Case | Name | Chapter | Date Filed | Trustee |
|---|---|---|---|---|
| 5:25-bk-00204-MJC | Ronald Joseph Besser, Jr. and Dana Louise Besser | 13 | 1/27/2025 | N / A |
| 5:25-bk-00226-MJC | Clara Lucille Bowman | 13 | 1/28/2025 | N / A |
| 5:25-bk-00281-MJC | Paul David Roberts and Claudia Anne Roberts | 13 | 1/31/2025 | N / A |
| 5:25-bk-00341-MJC | Greg Andrew Santine | 13 | 2/6/2025 | N / A |
| 5:25-bk-00376-MJC | Martin D. Borst | 13 | 2/10/2025 | N / A |
| 5:25-bk-00501-MJC | Hericson Torres and Leigh Torres | 7 | 2/27/2025 | N / A |