IN RE: :
MICHAEL EUGENE SMITH, JR., :
        Debtor : CHAPTER 13
   :
    JACK N. ZAHAROPOULOS :
    STANDING CHAPTER 13 TRUSTEE :
        Movant : CASE NO. 1:24-BK-01801-HWV
   :
MICHAEL EUGENE SMITH, JR., :
        Respondent :

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 18th day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.     Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid. The Plan must pay at least $39,787.46 in order to be adequately funded.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor(s)' Plan.
    b. Dismiss or convert Debtor(s)' case.
    c. Provide such other relief as is equitable and just.

            Respectfully submitted:

            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            (717) 566-6097

            BY: /s/ Douglas R Roeder
                Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 18th day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee